**No. 46206.**—Petitions 6042–R, etc., of Mexican Products Co. (Laredo).

Opinion by Keefe, J.   It appeared that the advances in this case resulted from the disallowance of certain discounts.   From a careful consideration of the evidence the court was of the opinion that in making the entries the petitioner was without

intention to conceal or misrepresent the facts or to deceive the appraiser as to the value of the merchandise. The petitions were therefore granted.